**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

AHMAD WALLER,                        :
                                     Civil Action No. 07-1607 (DRD)
                Petitioner,          :

                v.                   :    **ORDER**

MR. LYDELL SHERRER, et al.,          :

                Respondents.         :


Petitioner Ahmad Waller has presented for filing a Petition
for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an
Application to proceed in forma pauperis pursuant to 28 U.S.C.
§ 1915(a)(1).

In support of his Application to Proceed in forma pauperis,
Petitioner has submitted a statement of his prison account
showing a balance, as of March 5, 2007, of $ 585.37.


IT APPEARING THAT:

Local Civil Rule 81.2 prohibits this Court from granting in
forma pauperis status to any petitioner whose prison account
exceeds $200;

IT IS on this ___14th___ day of ___May___, 2007,

ORDERED that Petitioner's application to proceed in forma
pauperis is hereby DENIED; and it is further

ORDERED that Petitioner pay the $5.00 filing fee within 30 days of the date this Order is entered or the Petition will be dismissed without prejudice and the file will be closed without further notice; and it is further

ORDERED that the Clerk of the Court shall correct the docket to reflect the correct spelling of Petitioner's surname as "Waller".

                                           _____
Dickinson R. Debevoise
United States District Judge

2